FILED
1/31/19 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 19-20205-GLT |
| Nazeer Elahee II, ) | Chapter 13 |
| ) | Document No.: |
| Debtor. ) | Related to Document No.: 10 |
| _____ ) | |
| Nazeer Elahee II, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

**ORDER**

AND NOW, to wit, this ___31st___ day of ___January___, 2019, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtor, Nazeer Elahee II, is hereby

granted an extension until February 13, 2019 to file a completed Chapter 13 petition and plan

in this case.  No additional extensions will be requested or granted.

Dated: 1/31/19
cm: Matthew Herron, Esq.

_____
. GREGORY   TADDONIO
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-20205-GLT
Nazeer Elahee, II                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin           Page 1 of 1          Date Rcvd: Jan 31, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db              +Nazeer Elahee, II,    206 George Road,    Evans City, PA 16033-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
            James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
             York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
             bkgroup@kmllawgroup.com
            Matthew M. Herron    on behalf of Debtor Nazeer  Elahee, II mmh@thedebtdoctors.com,
             hgs@thedebtdoctors.com;alb@thedebtdoctors.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 4