IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Nazeer Elahee, II**<br><br>Debtor<br><br>**Nazeer Elahee, II**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20205**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Matthew M. Herron 88927**   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtor's complete bankruptcy schedules.

By:   **/s/ Matthew M. Herron**
    Signature
    **Matthew M. Herron 88927**
    Typed Name
    **607 College Street, Suite 101**
    **Pittsburgh, PA 15232**
    Address
    **412-395-6001 Fax:412-391-2808**
    Phone No.
    **88927 PA**
    List Bar I.D. and State of Admission

```
Berkheimer Tax Administrator
50 North Seventh Street
Bangor, PA 18013

Berkheimer Tax Innovations
PO Box 21690
Lehigh Valley, PA 18002-1690

Carrington Mortgage Services, LLC
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Clearview FCU
8805 University Boulevard
Coraopolis, PA 15108-2580

Credit One
PO Box 98872
Las Vegas, NV 89193

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128-0946

State Collection Service
P.O. Box 6250
Madison, WI 53701

UPMC
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

UPMC Physician Services
P.O. Box 371980
Pittsburgh, PA 15250
```