| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5601032 | 1 of 1 |

00464
PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

ADP

Period Starting: 12/17/2018
Period Ending: 12/30/2018
Pay Date: 01/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal:  1              Federal:
    State:    0              State:
    Local:    0              Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 1826.93 |
| **Gross Pay** | | | **$1,826.93** | $1,826.93 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -165.37 | 165.37 |
| Social Security | -108.37 | 108.37 |
| Medicare | -25.35 | 25.35 |
| Pennsylvania State Income | -53.66 | 53.66 |
| Pennsylvania State UI | -1.10 | 1.10 |
| Pine T Local Income | -17.48 | 17.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -78.95 | 78.95 |

| Net Pay | $1,376.65 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1376.65 |

Your federal taxable wages this period are $1,747.98
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID
THIS IS NOT A CHECK

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:    01/04/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1376.65 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5578244 | 1 of 1 |

00022
PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

## Earnings Statement

ADP

Period Starting:  12/17/2018
Period Ending:   12/30/2018
Pay Date:        12/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:  1                    Federal:
  State:    0                    State:
  Local:    0                    Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 21923.16 |
| Bonus | | 0.00 | 300.00 | 300.00 |
| **Gross Pay** | | | **$300.00** | **$22,223.16** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 2091.11 |
| Social Security | -18.60 | 1355.84 |
| Medicare | -4.35 | 317.09 |
| Pennsylvania State Income | -9.21 | 671.38 |
| Pennsylvania State UI | -0.18 | 13.34 |
| Pine T Local Income | -3.00 | 218.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | 0.00 | 354.79 |

| **Net Pay** | | **$264.66** |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX9997 | XXXXXXXXX | 264.66 |

Your federal taxable wages this period are $300.00
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:    12/24/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 264.66 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| 00142 | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| RH / NSY 20932717 | 01/ | 5572218 | 1 of 1 | |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

ADP

Period Starting: 12/03/2018
Period Ending: 12/16/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
 Federal:    1                Federal:
 State:      0                State:
 Local:      0                Local:
Social Security Number:      XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 21923.16 |
| **Gross Pay** | | | **$1,826.93** | **$21,923.16** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -166.20 | 2091.11 |
| Social Security | -108.38 | 1337.24 |
| Medicare | -25.34 | 312.74 |
| Pennsylvania State Income | -53.66 | 662.17 |
| Pennsylvania State UI | -1.10 | 13.16 |
| Pine T Local Income | -17.48 | 215.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -78.95 | 354.79 |

| **Net Pay** | | **$1,375.82** |
|---|---|---|

**Deposits**
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1375.82 |

Your federal taxable wages this period are $1,747.98
* Excluded from Federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 12/21/2018

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1375.82 |

THIS IS NOT A CHECK

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| 00458 RH / NSY 20932717 | 01/ | 5533500 | 1 of 1 |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

# Earnings Statement

![ADP]

Period Starting: 11/19/2018
Period Ending: 12/02/2018
Pay Date: 12/07/2018

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 1         Federal:
  State:   0         State:
  Local:   0         Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 20096.23 |
| **Gross Pay** | | | **$1,826.93** | **$20,096.23** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 1924.91 |
| Social Security | -113.27 | 1228.86 |
| Medicare | -26.49 | 287.40 |
| Pennsylvania State Income | -56.09 | 608.51 |
| Pennsylvania State UI | -1.10 | 12.06 |
| Pine T Local Income | -18.27 | 198.21 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | 0.00 | 275.84 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,432.38** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.38 |

Your federal taxable wages this period are $1,826.93
* Excluded from Federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 12/07/2018

**Deposited to the account**
Checking DirectDeposit

**THIS IS NOT A CHECK**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.38 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5500761 | 1 of 1 | | |

00127

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

ADP

Period Starting: 11/05/2018
Period Ending: 11/18/2018
Pay Date: 11/23/2018

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 1                   Federal:
  State:   0                   State:
  Local:   0                   Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 18269.30 |
| **Gross Pay** | | | **$1,826.93** | **$18,269.30** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 1745.58 |
| Social Security | -113.27 | 1115.59 |
| Medicare | -26.50 | 260.91 |
| Pennsylvania State Income | -56.09 | 552.42 |
| Pennsylvania State UI | -1.09 | 10.96 |
| Pine T Local Income | -18.27 | 179.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | 0.00 | 275.84 |

| **Net Pay** | | **$1,432.38** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.38 |

Your federal taxable wages this period are $1,826.93
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 11/23/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1432.38 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Co. | File Dept. | Clock Number | | |
|---|---|---|---|---|
| 00338 | | | | |
| Company Code | Loc/Dept | Number | Page | |
| RH / NSY 20932717 | 01/ | 5465741 | 1 of 1 | |

**Earnings Statement**

ADP

Period Starting: 10/22/2018
Period Ending: 11/04/2018
Pay Date: 11/09/2018

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:  1              Federal:
  State:    0              State:
  Local:    0              Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 16442.37 |
| **Gross Pay** | | | **$1,826.93** | **$16,442.37** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 1566.25 |
| Social Security | -113.26 | 1002.32 |
| Medicare | -26.49 | 234.41 |
| Pennsylvania State Income | -56.09 | 496.33 |
| Pennsylvania State UI | -1.10 | 9.87 |
| Pine T Local Income | -18.27 | 161.67 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | 0.00 | 275.84 |

**Net Pay** **$1,432.39**

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.39 |

Your federal taxable wages this period are $1,826.93
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:    11/09/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1432.39 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| 00339 RH / NSY 20932717 | 01/ | 5432572 | 1 of 1 | **Earnings Statement** | ADP |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Period Starting: 10/08/2018
Period Ending: 10/21/2018
Pay Date: 10/26/2018

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 1              Federal:
  State:   0              State:
  Local:   0              Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 14615.44 |
| **Gross Pay** | | | **$1,826.93** | **$14,615.44** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -167.40 | 1386.92 |
| Social Security | -109.00 | 889.06 |
| Medicare | -25.49 | 207.92 |
| Pennsylvania State Income | -53.97 | 440.24 |
| Pennsylvania State UI | -1.09 | 8.77 |
| Pine T Local Income | -17.58 | 143.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -68.96 | 275.84 |
| **Net Pay** | **$1,383.44** | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1383.44 |

Your federal taxable wages this period are  $1,757.97
* Excluded from Federal taxable wages

---

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:    10/26/2018

Deposited to the account

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1383.44 |

THIS IS NOT A CHECK

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

## Earnings Statement

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5395413 | 1 of 1 |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Period Starting: 09/24/2018
Period Ending: 10/07/2018
Pay Date: 10/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 1              Federal:
  State:   0              State:
  Local:   0              Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 12788.51 |
| **Gross Pay** | | | **$1,826.93** | **$12,788.51** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -167.40 | 1219.52 |
| Social Security | -108.99 | 780.06 |
| Medicare | -25.49 | 182.43 |
| Pennsylvania State Income | -53.97 | 386.27 |
| Pennsylvania State UI | -1.10 | 7.68 |
| Pine T Local Income | -17.58 | 125.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -68.96 | 206.88 |

| **Net Pay** | | **$1,383.44** |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX9997 | XXXXXXXXX | 1383.44 |

Your federal taxable wages this period are $1,757.97
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 10/12/2018

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1383.44 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| 00141 | | | | | |
|---|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | | |
| RH / NSY 20932717 | 01/ | 5367336 | 1 of 1 | | |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

Period Starting:  09/10/2018
Period Ending:   09/23/2018
Pay Date:        09/28/2018

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:  1                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 10961.58 |
| **Gross Pay** | | | **$1,826.93** | **$10,961.58** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -167.40 | 1052.12 |
| Social Security | -109.00 | 671.07 |
| Medicare | -25.49 | 156.94 |
| Pennsylvania State Income | -53.97 | 332.30 |
| Pennsylvania State UI | -1.10 | 6.58 |
| Pine T Local Income | -17.58 | 108.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -68.96 | 137.92 |

| **Net Pay** | | **$1,383.43** |
|---|---|---|

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX9997 | XXXXXXXXX | 1383.43 |



Your federal taxable wages this period are $1,757.97
* Excluded from Federal taxable wages



---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:  09/28/2018

**Deposited to the account**         account number   transit/ABA    amount
Checking DirectDeposit                XXXXXX9997      XXXXXXXXX      1383.43

THIS IS NOT A CHECK

Nazeer Elahee II
206 George Rd
Evans City, PA 16033



THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| 00121 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5332049 | 1 of 1 |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

ADP

Period Starting: 08/27/2018
Period Ending: 09/09/2018
Pay Date: 09/14/2018

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
 Federal: 1                    Federal:
 State:   0                    State:
 Local:   0                    Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 1826.93 | 9134.65 |
| **Gross Pay** | | | **$1,826.93** | **$9,134.65** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -167.40 | 884.72 |
| Social Security | -108.99 | 562.07 |
| Medicare | -25.49 | 131.45 |
| Pennsylvania State Income | -53.97 | 278.33 |
| Pennsylvania State UI | -1.10 | 5.48 |
| Pine T Local Income | -17.58 | 90.66 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -68.96 | 68.96 |

| **Net Pay** | | **$1,383.44** |
|---|---|---|

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX9997 | XXXXXXXXX | 1383.44 |

Your federal taxable wages this period are $1,757.97
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 09/14/2018

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1383.44 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| 00007 | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| RH / NSY 20932717 | 01/ | 5301515 | 1 of 1 | |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

Period Starting: 08/13/2018
Period Ending: 08/26/2018
Pay Date: 08/31/2018

ADP

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:  1                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:     XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 7307.72 |
| **Gross Pay** | | | **$1,826.93** | **$7,307.72** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 717.32 |
| Social Security | -113.27 | 453.08 |
| Medicare | -26.49 | 105.96 |
| Pennsylvania State Income | -56.09 | 224.36 |
| Pennsylvania State UI | -1.09 | 4.38 |
| Pine T Local Income | -18.27 | 73.08 |

**Net Pay**     **$1,432.39**

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.39 |

Your federal taxable wages this period are $1,826.93

©1998, 2006. ADP, LLC All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 08/31/2018

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.39 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Company Code | Loc/Dept | Number | Document Page | Earnings Statement | |
|---|---|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5230868 | 1 of 1 | |  |

00256
PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Period Starting: 07/16/2018
Period Ending: 07/29/2018
Pay Date: 08/03/2018

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal:  1                Federal:
    State:    0                State:
    Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 3653.86 |
| Gross Pay | | | $1,826.93 | $3,653.86 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 358.66 |
| Social Security | -113.27 | 226.54 |
| Medicare | -26.49 | 52.98 |
| Pennsylvania State Income | -56.09 | 112.18 |
| Pennsylvania State UI | -1.09 | 2.19 |
| Pine T Local Income | -18.27 | 36.54 |
| Net Pay | $1,432.39 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.39 |

Your federal taxable wages this period are $1,826.93

©1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 08/03/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1432.39 |

**THIS IS NOT A CHECK**

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| 00090 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5197225 | 1 of 1 |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

**Earnings Statement**

ADP

Period Starting:   07/02/2018
Period Ending:    07/15/2018
Pay Date:         07/20/2018

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
  Federal:   1                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number:    XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 1826.93 |
| **Gross Pay** | | | **$1,826.93** | **$1,826.93** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.33 | 179.33 |
| Social Security | -113.27 | 113.27 |
| Medicare | -26.49 | 26.49 |
| Pennsylvania State Income | -56.09 | 56.09 |
| Pennsylvania State UI | -1.10 | 1.10 |
| Pine T Local Income | -18.27 | 18.27 |
| **Net Pay** | **$1,432.38** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1432.38 |

Your federal taxable wages this period are $1,826.93

©1998, 2006. ADP, LLC All Rights Reserved.

---

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date:   07/20/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1432.38 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

PERFORMANCE ENVIRONMENTAL SERVICES, INC.  17115
Nazeer Elahee II                                                                                          12/26/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/17/2018 | Bill | | 105.00 | 105.00 | | 105.00 |
| 12/26/2018 | Bill | | 105.00 | 105.00 | | 105.00 |
| | | | | | Check Amount | 210.00 |

Huron Valley State Ba                                                                                         210.00

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| RH / NSY 20932717 | 01/ | 5636549 | | |

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Period Starting: 12/31/2018
Period Ending: 01/13/2019
Pay Date: 01/18/2019

ADP

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 1     Federal:
  State: 0       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1826.93 | 3653.86 |
| Gross Pay | | | $1,826.93 | $3,653.86 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -165.37 | 330.74 |
| Social Security | | -108.38 | 216.75 |
| Medicare | | -25.34 | 50.69 |
| Pennsylvania State Income | | -53.66 | 107.32 |
| Pennsylvania State UI | | -1.09 | 2.19 |
| Pine T Local Income | | -17.48 | 34.96 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *MED125 | -78.95 | 157.90 |

| Net Pay | $1,376.66 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9997 | XXXXXXXXX | 1376.66 |

Your federal taxable wages this period are $1,747.98
* Excluded from Federal taxable wages

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PERFORMANCE ENVIRONMENTAL SERV
30553 WIXOM RD STE 500
WIXOM, MI 48393

Pay Date: 01/18/2019

**VOID** — THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9997 | XXXXXXXXX | 1376.66 |

Nazeer Elahee II
206 George Rd
Evans City, PA 16033

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**17184**

**PERFORMANCE ENVIRONMENTAL SERVICES, INC.**
    Nazeer Elahee II

| Date | Type | Reference | Original Amt. | Balance Due | 1/22/2019 Discount | Payment |
|---|---|---|---|---|---|---|
| 1/14/2019 | Bill | | 105.00 | 105.00 | | 105.00 |
| 1/21/2019 | Bill | | 101.10 | 101.10 | | 101.10 |
| | | | | | Check Amount | 206.10 |

206.10

Huron Valley State Ba

E ENVIRONMENTAL SERVICES, INC.     **17068**
Elahee II     12/11/2018

| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 120.95 | 120.95 | | 120.95 |
| Bill | | 104.00 | 104.00 | | 104.00 |
| | | | | Check Amount | 224.95 |

State Ba     224.95

E ENVIRONMENTAL SERVICES, INC.     **17035**
Elahee II     11/27/2018

| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 94.00 | 94.00 | | 94.00 |
| Bill | | 63.00 | 63.00 | | 63.00 |
| | | | | Check Amount | 157.00 |

State Ba     157.00

E ENVIRONMENTAL SERVICES, INC.     **16960**
Elahee II     10/30/2018

| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 204.00 | 204.00 | | 204.00 |
| Bill | | 74.00 | 74.00 | | 74.00 |
| | | | | Check Amount | 278.00 |

State Ba     278.00

**ENVIRONMENTAL SERVICES, INC.**    16918
Elahee II                         10/16/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 87.50 | 87.50 | | 87.50 |
| Bill | | 247.00 | 247.00 | | 247.00 |
| | | | | Check Amount | 334.50 |

State Ba                                                    334.50

---

**ENVIRONMENTAL SERVICES, INC.**    16884
Elahee II                         10/2/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 169.59 | 169.59 | | 169.59 |
| Bill | | 106.41 | 106.41 | | 106.41 |
| | | | | Check Amount | 276.00 |

State Ba                                                    276.00

---

**ENVIRONMENTAL SERVICES, INC.**    16848
Elahee II                         9/18/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 85.52 | 85.52 | | 85.52 |
| Bill | | 161.50 | 161.50 | | 161.50 |
| | | | | Check Amount | 247.02 |

State Ba                                                    247.02

ENVIRONMENTAL SERVICES, INC.                                                                    16808
Elahee II                                                                     3/4/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 168.08 | 168.08 | | 168.08 |
| Bill | | 65.09 | 65.09 | | 65.09 |
| | | | | Check Amount | 233.17 |

State Ba                                                                                         233.17

---

ENVIRONMENTAL SERVICES, INC.                                                                    16768
Elahee II                                                                     8/20/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 296.98 | 296.98 | | 296.98 |
| Bill | | 113.99 | 113.99 | | 113.99 |
| | | | | Check Amount | 410.97 |

State Ba                                                                                         410.97

---

ENVIRONMENTAL SERVICES, INC.                                                                    16742
Elahee II                                                                     8/7/2018
| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | | 30.80 | 30.80 | | 30.80 |
| Bill | | 23.10 | 23.10 | | 23.10 |
| Bill | | 284.05 | 284.05 | | 284.05 |
| | | | | Check Amount | 337.95 |

State Ba                                                                                         337.95

**PERFORMANCE ENVIRONMENTAL SERVICES, INC.**  16699

Nazeer Elahee II                                                                                      7/25/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/16/2018 | Bill | | 80.28 | 80.28 | | 80.28 |
| 7/23/2018 | Bill | | 42.25 | 42.25 | | 42.25 |
| | | | | | Check Amount | 122.53 |

Huron Valley State Ba                                                                                    122.53

---

**PERFORMANCE ENVIRONMENTAL SERVICES, INC.**  16642

Nazeer Elahee II                                                                                      7/10/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/9/2018 | Bill | | 93.20 | 93.20 | | 93.20 |
| | | | | | Check Amount | 93.20 |

Huron Valley State Ba    NE Reimbursable Expenses 07-02-18 ti 07-08-1                                    93.20