IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/14/19 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Nazeer Elahee, II,                    )    Case No. 19-20205-CMB
                                                    )    Chapter 13
        Debtor(s).              )
_____   )
Nazeer Elahee, II,                    )    Doc. No. WO-1
                                                    )
        Movant(s),              )    Related to Dkt. No. 17
v.                                               )
                                                    )
Performance Environmental,    )
        Respondent.           )

## ORDER OF COURT

     AND NOW, to-wit this __14th__ day of _____February_____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

        Performance Environmental
        12330 Perry Highway, Suite 320
        Wexford, PA 15090
        ATTN: PAYROLL

deduct from said income the sum of **$978.47 bi-weekly** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums on at least a monthly basis to:

        Ronda J. Winnecour
        Chapter 13 Trustee, W.D. PA
        P.O. Box 84051
        Chicago, IL 60689-4002

     IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

     IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

     IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF

SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

      IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

      IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

      IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

      Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_____
GREGORY  TADDONIO    jah
U.S. BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20205-GLT
Nazeer Elahee, II                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil               Page 1 of 1              Date Rcvd: Feb 14, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db              +Nazeer Elahee, II,   206 George Road,    Evans City, PA 16033-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
           bkgroup@kmllawgroup.com
          Matthew M. Herron    on behalf of Debtor Nazeer  Elahee, II mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4