**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Nazeer Elahee II | Bankruptcy No.: 19-20205-GLT |
|     Debtor. | |
| _____ | Chapter 13 |
| Nazeer Elahee II | |
|     Movant, | Document No.: |
| v. | Related to Claim No.: |
| No Respondents. | |

**CERTIFICATE OF SERVICE**

I, Heather G. Seitz, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 22nd day of April 2019

I served a copy of: **ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN DATED 4/16/2019 and the AMENDED PLAN DATED 4/16/2019**

RE:   Nazeer Elahee II                              Case No.: 19-20205-GLT
                                                    Chapter 13

ON:   ALL CREDITORS ON THE ATTACHED MAILING MATRIX AND:

| | |
|---|---|
| Ronda Winnecour, Trustee | US Trustee |
| 3250 USX Tower | 970 Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| cmecf@chapter13trusteewdpa.com | ustpregion03.pi.ecf@usdoj.gov |
| *Via electronic notice* | *Via electronic notice* |

BY:   Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   April 22, 2019                              /s/ *Heather G. Seitz*
                                                    Heather G. Seitz
                                                    The Debt Doctors, LLC
                                                    607 College Street, Suite 101
                                                    Pittsburgh, PA 15232
                                                    (412) 395-6001

Case Number:  19-20205-GLT

19-20205-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
19-20205-GLT|Berkheimer Associates, Agent for Forward Tow|and Seneca Valley School District|C/O David R. Gordon, Esq.|1883 Jory Road|Pen Argyl, PA 18072| |
19-20205-GLT|Berkheimer Tax Administrator |50 North Seventh Street|Bangor, PA 18013-1731| |||
19-20205-GLT|Berkheimer Tax Innovations |PO Box 21690|Lehigh Valley, PA 18002-1690| |||
19-20205-GLT|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC  28272-1083| ||
19-20205-GLT|Carrington Mortgage Services, LLC |1600 S. Douglass Road, Suite 200-A|Anaheim, CA 92806-5951| |||
19-20205-GLT|Carrington Mortgage Services, LLC |1600 South Douglass Road|Anaheim, CA 92806-5951| |||
19-20205-GLT|Clearview FCU |8805 University Boulevard|Coraopolis, PA 15108-2580| |||
19-20205-GLT|Credit One |PO Box 98872|Las Vegas, NV 89193-8872| |||
19-20205-GLT|INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred
19-20205-GLT|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
19-20205-GLT|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
19-20205-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
19-20205-GLT|Pennsylvania Department of Revenue |Bankruptcy Division PO Box 280946|Harrisburg, PA  17128-0946| |||
19-20205-GLT|Pennsylvania Department of Revenue |Department 280946|Harrisburg, PA 17128-0946| |||
19-20205-GLT|State Collection Service |P.O. Box 6250|Madison, WI 53716-0250| |||
19-20205-GLT|UPMC |2 Hot Metal Street|Dist. Room 386|Pittsburgh, PA 15203-2348| ||
19-20205-GLT|UPMC Health Services |PO Box 1123|Minneapolis, MN 55440-1123| |||
19-20205-GLT|UPMC Physician Services |P.O. Box 371980|Pittsburgh, PA 15250-7980| |||
19-20205-GLT|UPMC Physician Services |PO Box 1123|Minneapolis, MN 55440-1123| |||
19-20205-GLT|Nazeer Elahee II|206 George Road|Evans City, PA 16033-9338||||
19-20205-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||