Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nazeer Elahee II**
   Debtor(s)

Bankruptcy Case No.: 19−20205−GLT
Related to Docket No. 38
Chapter: 13
Docket No.: 39 − 38
Concil. Conf.: June 18, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 7, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 18, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 23, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20205-GLT
Nazeer Elahee, II                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel             Page 1 of 1              Date Rcvd: Mar 23, 2020
                              Form ID: 213           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
```
db            +Nazeer Elahee, II,    206 George Road,    Evans City, PA 16033-9338
14998460       Berkheimer Associates, Agent for Forward Township,    and Seneca Valley School District,
                C/O David R. Gordon, Esq.,    1883 Jory Road,    Pen Argyl, PA 18072
14993701      +Berkheimer Tax Administrator,    50 North Seventh Street,    Bangor, PA 18013-1731
14993702       Berkheimer Tax Innovations,    PO Box 21690,    Lehigh Valley, PA 18002-1690
14993703      +Carrington Mortgage Services, LLC,    1600 S. Douglass Road, Suite 200-A,
                Anaheim, CA 92806-5951
15018682      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14993707      +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14993709      +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
15014413       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14993711      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15011886       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14998336       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:52:24
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
14979311       E-mail/Text: bankruptcy@clearviewfcu.org Mar 24 2020 02:44:52      Clearview FCU,
                8805 University Boulevard,    Coraopolis, PA 15108-2580
14993705      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 02:52:50      Credit One,
                PO Box 98872,    Las Vegas, NV 89193-8872
14993706       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 24 2020 02:44:35      Department of Treasury,
                Internal Revenue Service,    Cincinnati, OH 45999
15016686       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 02:52:20      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14984645       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2020 02:44:48
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14993708       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2020 02:44:48
                Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0946
14993710      +E-mail/Text: BankruptcyNotice@upmc.edu Mar 24 2020 02:45:12      UPMC,    2 Hot Metal Street,
                Dist. Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             The Bank of New York Mellon, F/K/A The Bank of New
14993704*      Clearview FCU,    8805 University Boulevard,    Coraopolis, PA 15108-2580
                                                                                   TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
```
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
          York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
          bkgroup@kmllawgroup.com
         Matthew M. Herron    on behalf of Debtor Nazeer  Elahee, II mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```