# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20205GLT |
| NAZEER ELAHEE, II | : | |
| | : | Chapter 13 |
| Debtor. | : | Document No.: |
| | : | Related to Document No.(s): 38 & 39 |
| Ronda J. Winnecour, Trustee, | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| NAZEER ELAHEE, II | : | |
| | : | |
| Respondent. | : | |

## NOTARIZED AFFIDAVIT

I, Nazeer Elahee, II, was not making my Chapter 13 Plan payments because:

-With the added debt to the IRS the plan payments would be more than my income ($2752 per month)

-I have maintained the original plan payments ($1,956.94) per month.

A payment in the amount of $2,804.00 was made on 4-20-2020, and a copy of said payment is attached.


Dated:    __April 24, 2020_____          __/s/ Nazeer Elahee II_____
                                          Nazeer Elahee, II,  Debtor
                                          Address:

                                          _206 George Road_____

Sworn to and subscribed before me          _Evans City, PA 16033_____

this _____ day of _____, 2020.

_____
NOTARY PUBLIC


_____
My Commission Expires

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
NAZEER ELAHEE, II  

    Debtor.  

Ronda J. Winnecour, Trustee,  
    Movant,  
vs.  

NAZEER ELAHEE, II  

    Respondent.  

Case No.: 19-20205GLT  

Chapter 13  
Document No.:  
Related to Document No.(s): 38 & 39  

## NOTARIZED AFFIDAVIT

I, Nazeer Elahee, II, was not making my Chapter 13 Plan payments because:

- With the added debt to the IRS the plan payments would be more than my income. ($2,752 per month)
- I have maintained the original plan payments ($1,956.94) per month.

A payment in the amount of $2,804.00 was made on 04-20-, 2020, and a copy of said payment is attached.

Dated: 04-24-2020

_____  
Nazeer Elahee, II, Debtor  
Address:  

206 George Road  

Evans City, PA 16033  

Sworn to and subscribed before me  
this 24 day of April, 2020.  

_____  
NOTARY PUBLIC  

6/15/2021  
My Commission Expires  

Commonwealth Of Pennsylvania - Notary Seal  
Judy Edwards, Notary Public  
Butler County  
My Commission Expires June 15, 2021  
Commission Number 1044756

**FINANCIAL SUMMARY - CASE 19-20205**

PERFORMANCE ENVIRONMENTAL paying **$2,804.00** MONTHLY for NAZEER ELAHEE, II

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date ▼  Select Claim ID ▼  Select Payee Name ▼  Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 3/3/2020 | | | 2498446 2-28-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 2/4/2020 | | | 11249843 1/31/20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 1/21/2020 | | | 2498362 1-17-20 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 1/2/2020 | | | 12498347 12-23-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 12/2/2019 | | | 11249827 11/23/19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 10/28/2019 | | | 1249826 10-25-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 10/21/2019 | | | 1249825 10-11-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 10/1/2019 | | | 2498248 9-14-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 9/3/2019 | | | 2694623 8-301-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/3/2019 | | | 2694624 8-30-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/3/2019 | | | 2694625 8-30-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/3/2019 | | | 2694626 8-30-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $456.94 | | |
| 8/6/2019 | | | 1249823 8-2-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 7/12/2019 | | | 1215029 7-9-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 7/5/2019 | | | 2498206 6-29-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 6/12/2019 | | | 2498123 6-8-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 6/3/2019 | | | 2498081 5-21-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 5/28/2019 | | | 11249809 5/24/19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 5/1/2019 | | | 1249805 4-27-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $978.50 | | |
| 4/16/2019 | | | 5268710 4-13-19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 4/4/2019 | | | 2686928 4-1-19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $978.47 | | |
| 3/18/2019 | | | 15268677 3/15/19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $2,120.00 | | |
| | | | | **Totals:** | **$20,710.96** | **$0.00** | |



**OFFICIAL CHECK**

515694945-4

057-0012
0115

April 24 2020

**** $2,804.00 **** DOLLARS

* Ronda J Winnecour *

NON-NEGOTIABLE

MEMO: 19-20205-GLT

PAYMENT OF _____

SAVE THIS RECORD

This Official Check may not be replaced for 90 days after the issue date if lost or stolen.
WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

```
========================================
       CPU SEVEN FIELDS GIANT EAGLE
            206 SEVEN FIELDS BLVD
          SEVEN FIELDS, PA 16046-4346
                  415152-5556
                 (800)275-8777
              04/24/2020 11:23 AM
========================================

Product              Qty   Unit      Price
                           Price
----------------------------------------
PM 2-Day              1    $7.75     $7.75
Window FR Env
    (Domestic)
    (CHICAGO, IL  60689)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 04/27/2020)
    (USPS Tracking #)
    (9505 5265 2626 0115 1866 12)
Insurance                            $0.00
    (Up to $50.00 included)
----------------------------------------
Total:                               $7.75
```

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

All sales final on stamps and postage.
        Thank you for your business.

Receipt #: 840-21500515-1-1179785-2
Clerk: LEFTSIDE