Case 19-20205-GLT    Doc 44    Filed 06/22/20    Entered 06/22/20 15:49:12    Desc Main
Document      Page 1 of 1

FILED
6/22/20 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: NAZEER ELAHEE
- Case Number: 19-20205-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 18, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#38 - Trustee's Certificate of Default to Dismiss H
# 41 - Response filed by the Debtor with proof of payment
R / M #: 38 / 0

**Appearances:**

- Debtor: Buchanan, Amy
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome: ~~Continuance~~ Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7-31-20
   Objections are due on or before 8-15-20
   A hearing on the Amended Plan is set for 8-27-20 at 10:00 A.M.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2020  11:08:39 AM