FILED
8/18/20 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No.: 19-20205-GLT |
| Nazeer Elahee II | Chapter 13 |
| Debtors. | Related to Docket No. 49 |
| The Debt Doctors, LLC, | Response Deadline: August 17, 2020 |
| Movant, | Hearing Date & Time: September 9, 2020 at 10:00 AM |
| vs. | |
| No Respondent. | |

## ORDER OF COURT

AND NOW, this  _18th Day of August_ , 2020, the Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the *total* amount of $5,900.75 for services rendered on behalf of the Debtor for the period between October 9, 2018 through July 31, 2020, which represents $5,876.50 in attorneys' fees and $24.25 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay an additional $1,900.75 ($1,876.50 in attorneys' fees and $24.25 in costs) to Counsel through the Debtor's Plan.

The Clerk shall record the Total Award of Compensation in the amount of $5,900.75 which includes $5,876.50 in fees and $24.25 in costs.

BY THE COURT:

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-20205-GLT
Nazeer Elahee, II                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 1    Date Rcvd: Aug 18, 2020
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db           +Nazeer Elahee, II,   206 George Road,   Evans City, PA 16033-9338
aty          +The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA  15232,
               UNITED STATES 15232-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
       York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
       bkgroup@kmllawgroup.com
      Matthew M. Herron    on behalf of Attorney   The Debt Doctors, LLC mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Debtor Nazeer  Elahee, II mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                           TOTAL: 5