# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Nazeer Elahee, II, | ) | Bankruptcy No.: 19-20205-GLT |
| | ) | Chapter 13 |
|         Debtor. | ) | |
| | ) | |
| Nazeer Elahee, II, | ) | Dkt. No.: |
| | ) | |
|         Movant, | ) | Response Deadline: 09/11/2020 |
| | ) | Hearing Date and Time: 09/30/2020 |
| vs. | ) | at 10:00 AM |
| | ) | |
| Carrington Mortgage Services, LLC and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|         Respondents. | ) | |

## CERTIFICATE OF NO OBJECTION TO THE
## MOTION FOR LEAVE TO FILE NOTICE OF REQUEST FOR LOSS MITIGATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Leave to File Notice of Request for Loss Mitigation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Leave to File Notice of Request for Loss Mitigation appears thereon. Pursuant to the Notice of Hearing, responses to the Motion for Leave to File Notice of Request for Loss Mitigation were to be filed and served no later than September 11, 2020.

It is hereby respectfully requested that the Order attached to the Motion for Leave to File Notice of Request for Loss Mitigation be entered by the Court.

Date:  September 14, 2020
                                                                                    /s/ Matthew M. Herron
                                                                                    Matthew M. Herron, Esquire
                                                                                    PA ID No. 88927
                                                                                    THE DEBT DOCTORS, LLC
                                                                                     607 College Street, Suite 101
                                                                                      Pittsburgh, PA 15232
                                                                                      412-395-6001
                                                                                      mmh@thedebtdoctors.com
                                                                                      ATTORNEY FOR THE DEBTOR