FILED
9/16/20 6:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Nazeer Elahee, II, | ) | Bankruptcy No.: 19-20205-GLT |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Dkt. No.: 54 |
| Nazeer Elahee, II, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carrington Mortgage Services, LLC and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this <u>16TH</u> day of <u>September</u>, 2020, upon consideration of Debtor's Motion for Leave to File Notice of Request for Loss Mitigation, the Debtor's Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Debtor shall IMMEDIATELY file a Notice of Request for Loss Mitigation with this Court and serve the Notice on all interested parties, after which parties in interest shall have an opportunity to object to the Notice. If no party objects to the notice after a reasonable opportunity to respond, a separate Loss Mitigation Order shall be issued pursuant to this Court's Loss Mitigation Program Procedures.

Prepared by:    Matthew Herron, Esq.

**DEFAULT ENTRY**

Dated: September 16, 2020

Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20205-GLT
Nazeer Elahee, II                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: nsha              Page 1 of 1              Date Rcvd: Sep 17, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Nazeer Elahee, II,    206 George Road,    Evans City, PA 16033-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
        Brian Nicholas    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New York
         as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
         bnicholas@kmllawgroup.com
        Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Matthew M. Herron    on behalf of Debtor Nazeer  Elahee, II mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                          TOTAL: 5