**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Nazeer Elahee, II, | ) | Bankruptcy No.: 19-20205-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Nazeer Elahee, II, | ) | Dkt. No.: |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carrington Mortgage Services, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION TO THE MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Loss Mitigation appears thereon. Responses to the Motion for Loss Mitigation were to be filed and served no later than October 5, 2020.

It is hereby respectfully requested that the Order attached to the Motion for Loss Mitigation be entered by the Court.

Date:    October 6, 2020

THE DEBT DOCTORS

    /s/ Matthew M. Herron
Matthew M. Herron, Esq.
PA ID No. 88927
607 College Street, Suite 101
Pittsburgh, PA 15232
Phone: 412.395.6001
Fax: 412.391.2808
mmh@thedebtdoctors.com
ATTORNEY FOR THE DEBTOR