**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 19-20205-GLT |
| Nazeer Elahee, II, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | Document No.: |
| Nazeer Elahee, II, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 8th day of October 2020

I served a copy of:    **LOSS MITIGATION ORDER SIGNED ON 10/7/2020**

RE:    Nazeer Elahee, II                                    Case No.: 19-20205-GLT
                                                            Chapter 13

ON:    Brian C. Nicholas, Esq.                              Carrington Mortgage Services, LLC
       Attorney for Creditor                                1600 South Douglass Road
       KML Law Group, P.C.                                  Anaheim, CA 92806
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       bnicholas@kmllawgroup.com
       *Via electronic notification*

       Ronda Winnecour, Trustee                             US Trustee
       3250 USX Tower                                       970 Liberty Center
       600 Grant Street                                     1001 Liberty Avenue
       Pittsburgh, PA 15219                                 Pittsburgh, PA 15222
       cmecf@chapter13trusteewdpa.com                       ustpregion03.pi.ecf@usdoj.gov
       *Via electronic notification*                        *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

{W0558657.1 }

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  October 8, 2020 /s/ *Heather Seitz*_____
Heather Seitz, Paralegal
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001

{W0558657.1 }