IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Nazeer Elahee, II, | : | Case No.: 19-20205-GLT |
| *Debtor.* | : | Chapter 13 |
| | : | |
| Nazeer Elahee, II, | : | Doc. No.: |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| *Respondent.* | : | |

**CERTIFICATE OF NO OBJECTION TO THE MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Extend the Loss Mitigation Period has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion to Extend the Loss Mitigation Period appears thereon. Responses to the Motion to Extend the Loss Mitigation Period were to be filed and served no later than February 16, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Extend the Loss Mitigation Period be entered by the Court.

Date:  February 17, 2021

THE DEBT DOCTORS, LLC

  /s/ Matthew M. Herron
Matthew M. Herron, Esq.
PA ID No. 88927
607 College Street, Suite 101
Pittsburgh, PA 15232
Phone: 412.395.6001
Fax: 412.391.2808
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTOR