**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/17/21 6:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| Nazeer Elahee, II, *Debtor.* | : : : | Case No.: 19-20205-GLT Chapter 13 |
| Nazeer Elahee, II, *Movant,* | : : : | Doc. No.: 69 |
| v. | : : | |
| Carrington Mortgage Services, LLC, *Respondent.* | : : | |

# ORDER

An *Order Approving the Loss Mitigation Period* dated October 7, 2020 was entered in the above matter at Document No. 65. On February 4, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by Nazeer Elahee, II at Document No. _69_.

**AND NOW**, this _17th_ day of _February_, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* _April 19_, **2021**.

Dated: 2/17/21
cm: Debtor

_____ J.
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20205-GLT
Nazeer Elahee, II     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 2
Date Rcvd: Feb 18, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nazeer Elahee, II, 206 George Road, Evans City, PA 16033-9338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14993703 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 19 2021 03:29:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Nazeer Elahee  II mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6