FILED
5/3/21 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Nazeer Elahee, II, | : | Case No.: 19-20205-GLT |
| *Debtor.* | : | Chapter 13 |
| | : | |
| Nazeer Elahee, II, | : | Doc. No.: 74 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| *Respondent.* | : | |

**ORDER**

An *Order Approving the Loss Mitigation Period* dated October 7, 2020 was entered in the above matter at Document No. 65. On April 19, 2021, a **Second Motion to Extend the Loss Mitigation Period** was filed by Nazeer Elahee, II at Document No. __74__.

AND NOW, this __3rd__ day of __May__, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* __June 16__, **2021.**

Dated: 5/3/21
cm: Debtor

_____ J.
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-20205-GLT |
|---|---|
| Nazeer Elahee, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: nsha | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazeer Elahee, II, 206 George Road, Evans City, PA 16033-9338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14993703 | + Email/Text: BKBCNMAIL@carringtonms.com | May 04 2021 04:12:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

District/off: 0315-2 | User: nsha | Page 2 of 2
Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 2

Matthew M. Herron
    on behalf of Debtor Nazeer Elahee  II mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6