# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 19-20205-GLT |
| Nazeer Elahee, II, | : | Chapter 13 |
| Debtor. | : | |
| | : | Docket No.: |
| Nazeer Elahee, II, | : | Related to Document No.(s): 65 |
| Movant, | : | |
| | : | |
| v. | : | Response Deadline: May 13, 2021 |
| | : | Hearing Date & Time: June 16, 2021 |
| Carrington Mortgage Services, LLC | : | at 10:00 AM |
| Ronda J. Winnecour, Esq., Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION TO THE
## MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Authorize Loan Modification were to be filed and served no later than May 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Authorize Loan Modification be entered by the Court.

Date:  May 14, 2021

                                                                                                                          /s/ Matthew M. Herron
                                                                                                            Matthew M. Herron, Esquire
                                                                                                            PA ID No. 88927

                                                                                                            THE DEBT DOCTORS
                                                                                                            At Quatrini Rafferty
                                                                                                            941 Penn Avenue, Suite 101
                                                                                                            Pittsburgh, PA 15222
                                                                                                            412-395-6001
                                                                                                            mmh@thedebtdoctors.com

                                                                                                            ATTORNEY FOR THE DEBTOR