## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | ) | |
| Nazeer Elahee, II, | ) | Bankruptcy No.: 19-20205-GLT |
|     Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Nazeer Elahee, II, | ) | Document No.: |
|     Movant, | ) | Related to Document No.: |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondents. | ) | |

### CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 26th day of May 2021

I served a copy of:  **ORDER DATED MAY 25, 2021, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN, AND THE AMENDED CHAPTER 13 PLAN DATED MAY 24, 2021**

RE:  Nazeer Elahee, II            Case No.: 19-20205-GLT
                                            Chapter 13

ON:  **ALL CREDITORS ON THE MAILING MATRIX AND**

Ronda Winnecour, Trustee          US Trustee
3250 USX Tower                        970 Liberty Center
600 Grant Street                      1001 Liberty Avenue
Pittsburgh, PA 15219              Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com    ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*              *Via electronic notification*

BY:  Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  May 26, 2021                    /s/ *Heather Seitz*_____
                                           Heather Seitz, Paralegal
                                           The Debt Doctors, LLC
                                           607 College Street, Suite 101
                                           Pittsburgh, PA 15232
                                           (412) 395-6001

{W0565489.1 }

Case Number:  19-20205-GLT

19-20205-GLT|The Bank of New York Mellon, F/K/A The Bank | |||||undeliverable
19-20205-GLT|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
19-20205-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
19-20205-GLT|Berkheimer Associates, Agent for Forward Tow|and Seneca Valley School District|C/O David R. Gordon, Esq.|1883 Jory Road|Pen Argyl, PA 18072| |
19-20205-GLT|Berkheimer Tax Administrator |50 North Seventh Street|Bangor, PA 18013-1731| |||
19-20205-GLT|Berkheimer Tax Innovations |PO Box 21690|Lehigh Valley, PA 18002-1690| |||
19-20205-GLT|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC 28272-1083| ||
19-20205-GLT|Carrington Mortgage Services, LLC |1600 S. Douglass Road, Suite 200-A|Anaheim, CA 92806-5951| |||
19-20205-GLT|Carrington Mortgage Services, LLC |1600 South Douglass Road|Anaheim, CA 92806-5951| |||
19-20205-GLT|Clearview FCU |8805 University Boulevard|Coraopolis, PA 15108-2580| |||
19-20205-GLT|Credit One |PO Box 98872|Las Vegas, NV 89193-8872| |||
19-20205-GLT|INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346||||preferred
19-20205-GLT|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1541| ||
19-20205-GLT|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
19-20205-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
19-20205-GLT|Pennsylvania Department of Revenue |Bankruptcy Division PO Box 280946|Harrisburg, PA  17128-0946| |||
19-20205-GLT|Pennsylvania Department of Revenue |Department 280946|Harrisburg, PA 17128-0946| |||
19-20205-GLT|STATE COLLECTION SERVICE INC|2509 S STOUGHTON RD|MADISON WI 53716-3314||||preferred
19-20205-GLT|UPMC |2 Hot Metal Street|Dist. Room 386|Pittsburgh, PA 15203-2348| ||
19-20205-GLT|UPMC Health Services |PO Box 1123|Minneapolis, MN 55440-1123| |||
19-20205-GLT|UPMC Physician Services |P.O. Box 371980|Pittsburgh, PA 15250-7980| |||
19-20205-GLT|UPMC Physician Services |PO Box 1123|Minneapolis, MN 55440-1123| |||
19-20205-GLT|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||
19-20205-GLT|Nazeer Elahee II|206 George Road|Evans City, PA 16033-9338||||
19-20205-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||