IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20205GLT |
| NAZEER ELAHEE, II | : | |
| | : | Chapter 13 |
| Debtors. | : | Document No.: |
| | : | Related to Document No.(s): 105 & 106 |
| Ronda J. Winnecour, Trustee, | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| NAZEER ELAHEE, II | : | |
| | : | |
| Respondents. | : | |

## NOTARIZED AFFIDAVIT

I, Nazeer Elahee, II, was not making my Chapter 13 Plan payments because:

I had to take time off from work due to sciatica and arthritis.  I used all of vacation and sick days.  Several days and weeks I had time off without pay.  Other issues included car repairs.  I start a new job this December that will have no physical demands (office job) and a substantial increase in salary.

A payment in the amount of $2,305.00 was made on Nov. 27, 2023, and a copy of said payment is attached.

Dated:   __12/4/2023_____          _/s/ Nazeer Elahee, II_____
                                      Nazeer Elahee, II, Debtor
                                      Address:

                                      __206 George Road_____

Sworn to and subscribed before me     __Evans City, PA 16033_____

this _____ day of _____, 2023.

_____
NOTARY PUBLIC


_____
My Commission Expires

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 19-20205GLT
NAZEER ELAHEE, II :
: Chapter 13
Debtors. : Document No.:
: Related to Document No.(s): 105 & 106
Ronda J. Winnecour, Trustee, :
Movant, :
vs. :
:
NAZEER ELAHEE, II :
:
Respondents. :

## NOTARIZED AFFIDAVIT

I, Nazeer Elahee, II, was not making my Chapter 13 Plan payments because:

HAD TO TAKE TIME OFF FROM WORK DUE TO SCIATICA AND ARTHRITIS. I USED ALL OF VACATION AND SICK DAYS. SEVERAL DAYS AND WEEKS I HAD TIME OFF WITHOUT PAY. OTHER ISSUES INCLUDED CAR REPAIRS. I START A NEW JOB THIS DECEMBER THAT WILL HAVE NO PHYSICAL DEMANDS (OFFICE JOB) AND A SUBSTANTIAL INCREASE IN SALARY.

A payment in the amount of $2,305.00 was made on NOV. 27, 2023, and a copy of said payment is attached.

Dated: DEC. 04, 2023

_Nazeer Elahee II_
Nazeer Elahee, II, Debtor
Address:

206 GEORGE ROAD

EVANS CITY, PA 16033

Sworn to and subscribed before me
this 4 day of Dec, 2023.

_____
NOTARY PUBLIC

4/11/24
My Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Kirsten K. Frey, Notary Public
Butler County
My commission expires April 11, 2024
Commission number 1268346

CUSTOMER'S RECORD

**Citizens**

OFFICIAL CHECK

518333183-1

057-0012 / 0115

November 24 2023

**** $1,000.00 **** DOLLARS

* RONDA J. WINNECOUR *

NON-NEGOTIABLE

NOTE: $1,365.00 WAS PAID ON NOV 21, 2023 THRU TFS ACCOUNT

MEMO: NAZEER ELAHEE II
706 BEERLE ROAD
EVANS CITY, PA 16033

PAYMENT OF 19-20205-GLT

SAVE THIS RECORD

This Official Check may not be replaced for 90 days after the issue date if lost or stolen.
WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

| | |
|---|---|
| **From:** | Nazeer Elahee |
| **To:** | Amy L. Buchanan |
| **Subject:** | Fwd: Your TFS Payment Has Arrived at Your Trustee |
| **Date:** | Friday, November 24, 2023 1:54:13 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** support@tfsbillpay.com
> **Date:** November 21, 2023 at 6:49:57 AM EST
> **To:** nazeerelahee@yahoo.com
> **Subject: Your TFS Payment Has Arrived at Your Trustee**
>
> 
>
> Nazeer Elahee II,
>
> Your TFS payment to Ronda J. Winnecour for $1,305.00 has arrived!
>
> You can sign in to your TFS account to check download a receipt of your payment and your payment history. You can also find answers to common questions at our support site.

Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 19-20205

| PERFORMANCE ENVIRONMENTAL paying **$2,305.00** MONTHLY for NAZEER ELAHEE, II |
|---|

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |
|---|---|---|---|---|---|---|

Limits:  Select Start Date ▽   Select Claim ID ▽   Select Payee Name ▽   Check Status: Cleared  Stale Dated  Stop Payment  Cancelled  Voided  Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 11/28/2023 | | | 000000518333183 | CASHIERS CHECK/PAYMENT | $1,000.00 | | |
| 11/21/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,305.00 | | |
| 11/8/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $800.00 | | |
| 10/27/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $705.00 | | |
| 10/10/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $800.00 | | |
| 9/26/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $750.00 | | |
| 9/12/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $905.00 | | |
| 8/29/2023 | | | 000000518333085 | CASHIERS CHECK/PAYMENT | $2,000.00 | | |
| 7/31/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,300.00 | | |
| 7/11/2023 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $805.00 | | |
| 6/6/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $2,400.00 | | |
| 5/8/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $2,000.00 | | |
| 5/1/2023 | | | | TFS - TAX REFUND | $1,000.00 | | |
| 4/10/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $2,000.00 | | |
| 2/28/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $2,610.00 | | |
| 1/31/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,100.00 | | |
| 1/4/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,005.00 | | |
| 12/5/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $305.00 | | |
| 11/22/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $2,000.00 | | |
| 9/26/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $2,305.00 | | |
| 7/18/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $2,230.00 | | |
| 6/1/2022 | | | 000000517013369- | CASHIERS CHECK/PAYMENT | $2,212.00 | | |
| 4/26/2022 | | | 000000611249896- | MONEY ORDER/PAYMENT | $812.00 | | |
| 3/22/2022 | | | 000000517013322- | CASHIERS CHECK/PAYMENT | $1,200.00 | | |
| 2/24/2022 | | | 000000517013284- | CASHIERS CHECK/PAYMENT | $1,000.00 | | |
| 1/11/2022 | | | 000000517013247- | CASHIERS CHECK/PAYMENT | $1,000.00 | | |
| 12/1/2021 | | | 000000611249886- | MONEY ORDER/PAYMENT | $812.00 | | |
| 11/19/2021 | | | 000000517013202- | CASHIERS CHECK/PAYMENT | $1,200.00 | | |
| 11/5/2021 | | | 000000611249885- | MONEY ORDER/PAYMENT | $812.00 | | |
| 10/20/2021 | | | 000019299233184- | MONEY ORDER/PAYMENT | $400.00 | | |
| 10/8/2021 | | | 000000516520778- | CASHIERS CHECK/PAYMENT | $1,612.00 | | |
| 9/9/2021 | | | 000000516520763- | CASHIERS CHECK/PAYMENT | $962.00 | | |
| 8/23/2021 | | | 000000516520758- | CASHIERS CHECK/PAYMENT | $1,050.00 | | |
| 7/12/2021 | | | 000000611249869- | MONEY ORDER/PAYMENT | $300.00 | | |
| 7/2/2021 | | | 000000516520719- | CASHIERS CHECK/PAYMENT | $1,686.00 | | |
| 6/1/2021 | | | 000000516520697- | CASHIERS CHECK/PAYMENT | $1,153.50 | | |
| 5/18/2021 | | | 000000516520685- | CASHIERS CHECK/PAYMENT | $1,153.50 | | |
| 4/9/2021 | | | 000000516520669- | CASHIERS CHECK/PAYMENT | $2,407.00 | | |
| 3/11/2021 | | | 000000516520650- | CASHIERS CHECK/PAYMENT | $2,307.00 | | |
| 2/16/2021 | | | 000000516520626 | CASHIERS CHECK/PAYMENT | $2,307.00 | | |
| 1/19/2021 | | | 515220987 1/12/21 | CASHIERS CHECK/PAYMENT | $2,307.00 | | |
| 11/12/2020 | | | 6117758 11-9-20 | CASHIERS CHECK/PAYMENT | $2,100.00 | | |
| 6/9/2020 | | | 16117624 5/29/20 | CASHIERS CHECK/PAYMENT | $1,956.94 | | |
| 4/28/2020 | | | 6949454 4-24-20 | CASHIERS CHECK/PAYMENT | $2,804.00 | | |
| 3/3/2020 | | | 2498446 2-28-20 | MONEY ORDER/PAYMENT | $978.47 | | |
| 2/4/2020 | | | 11249843 1/31/20 | MONEY ORDER/PAYMENT | $978.47 | | |
| 1/21/2020 | | | 2498362 1-17-20 | MONEY ORDER/PAYMENT | $978.47 | | |
| 1/2/2020 | | | 12498347 12-23-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 12/2/2019 | | | 11249827 11/23/19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 10/28/2019 | | | 1249826 10-25-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 10/21/2019 | | | 1249825 10-11-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 10/1/2019 | | | 2498248 9-14-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 9/3/2019 | | | 2694623 8-301-19 | MONEY ORDER/PAYMENT | $500.00 | | |
| 9/3/2019 | | | 2694624 8-30-19 | MONEY ORDER/PAYMENT | $500.00 | | |
| 9/3/2019 | | | 2694625 8-30-19 | MONEY ORDER/PAYMENT | $500.00 | | |
| 9/3/2019 | | | 2694626 8-30-19 | MONEY ORDER/PAYMENT | $456.94 | | |

| Date | | Ref | Description | Amount | | |
|---|---|---|---|---:|---:|---|
| 8/6/2019 | | 1249823 8-2-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 7/12/2019 | | 1215029 7-9-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 7/5/2019 | | 2498206 6-29-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 6/12/2019 | | 2498123 6-8-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 6/3/2019 | | 2498081 5-21-19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 5/28/2019 | | 11249809 5/24/19 | MONEY ORDER/PAYMENT | $978.47 | | |
| 5/1/2019 | | 1249805 4-27-19 | MONEY ORDER/PAYMENT | $978.50 | | |
| 4/16/2019 | | 5268710 4-13-19 | CASHIERS CHECK/PAYMENT | $978.47 | | |
| 4/4/2019 | | 2686928 4-1-19 | CASHIERS CHECK/PAYMENT | $978.47 | | |
| 3/18/2019 | | 15268677 3/15/19 | CASHIERS CHECK/PAYMENT | $2,120.00 | | |
| | | | **Totals:** | **$83,589.90** | **$0.00** | |