FILED
7/11/24 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)   **Case No. 19-20205-GLT**
**Nazeer Elahee, II,** )
)   **Chapter 13**
                     **Debtor.** )
)   Related Dkt. No. 115
_____ )

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐  a motion to dismiss case or certificate of default requesting dismissal

☒  a plan modification sought by:  The Debtor to implement a Notice of Mortgage Payment Change.

☐  a motion to lift stay as to creditor _____

☐  other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 5-24-21

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Debtor's plan payments shall be changed from $2,844.00 to $3,036.00 per month, effective 08/24; and/or the plan term shall be changed from \_\_\_ months to \_\_\_\_

{W0583044.1}   -1-

      months.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: <u>The Bank of New York Mellon, Claim # 9-2, to govern, following all Notices of Mortgage Payment Changes filed to date, including the one filed on June 21, 2024. In accordance with the most recent payment change, The Bank of New York Mellon will begin receiving monthly payments totaling $767.92 effective August 1, 2024</u>

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  11th day of   July         , 2024

_____
United States Bankruptcy Judge

Stipulated by:                                          Stipulated by:

_/s/*Matthew M. Herron*_____               _/s/*James Warmbrodt*_____
Counsel to Debtor                                   Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

{W0583044.1}        -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nazeer Elahee, II  
    Debtor

Case No. 19-20205-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 11, 2024      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazeer Elahee, II, 206 George Road, Evans City, PA 16033-9338 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14998460 | + | Berkheimer Associates, Agent for Forward Township, and Seneca Valley School District, C/O David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14993701 | + | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14993711 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14993702 | | Email/Text: dltlegal@hab-inc.com | Jul 11 2024 23:47:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |
| 14993703 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 11 2024 23:47:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 15018682 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 11 2024 23:47:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14998336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 01:54:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14979311 | | Email/Text: bankruptcy@clearviewfcu.org | Jul 11 2024 23:47:00 | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |
| 14993705 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2024 00:15:26 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14993706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 23:47:00 | Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 14993707 | ^ | MEBN | Jul 11 2024 23:41:06 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15016686 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:02:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14993708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 23:47:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14984645 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14993709 | | Email/Text: amieg@stcol.com | Jul 11 2024 23:47:00 | State Collection Service, P.O. Box 6250, Madison, WI 53701 |
| 14993710 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 11 2024 23:48:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 15014413 | Email/Text: BNCnotices@dcmservices.com | Jul 11 2024 23:47:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15011886 | Email/Text: BNCnotices@dcmservices.com | Jul 11 2024 23:47:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |
| 14993704 | * | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 dcarlon@kmllawgroup.com

Joshua I. Goldman
on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Debtor Nazeer Elahee II mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6