**Form 309**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Nazeer Elahee II** | : | Case No. 19–20205–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related dkt. No. 119 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 19th of May, 2025,*** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 19-20205-GLT

Nazeer Elahee, II                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                   Page 1 of 2

Date Rcvd: May 19, 2025                     Form ID: pdf900                               Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nazeer Elahee, II, 206 George Road, Evans City, PA 16033-9338 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14998460 | + | Berkheimer Associates, Agent for Forward Township, and Seneca Valley School District, C/O David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14993701 | + | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14993711 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14993702 | | Email/Text: dltlegal@hab-inc.com | May 20 2025 00:22:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |
| 14993703 | | Email/Text: BKBCNMAIL@carringtonms.com | May 20 2025 00:21:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 15018682 | | Email/Text: BKBCNMAIL@carringtonms.com | May 20 2025 00:21:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14998336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2025 00:38:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14979311 | | Email/Text: bankruptcy@clearviewfcu.org | May 20 2025 00:22:00 | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |
| 14993705 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2025 00:28:08 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14993706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 20 2025 00:22:00 | Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 14993707 | ^ | MEBN | May 20 2025 00:31:24 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15016686 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2025 00:28:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14993708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2025 00:22:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14984645 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14993709 | | Email/Text: amieg@stcol.com | May 20 2025 00:21:00 | State Collection Service, P.O. Box 6250, Madison, WI 53701 |
| 14993710 | + | Email/Text: BankruptcyNotice@upmc.edu | May 20 2025 00:22:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |

District/off: 0315-2                    User: auto                    Page 2 of 2

Date Rcvd: May 19, 2025                    Form ID: pdf900                    Total Noticed: 20

| 15014413 | Email/Text: BNCnotices@dcmservices.com | | |
| | | May 20 2025 00:22:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15011886 | Email/Text: BNCnotices@dcmservices.com | | |
| | | May 20 2025 00:22:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |
| 14993704 | * | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Nazeer Elahee  II mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6