**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NAZEER ELAHEE, II<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20205 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/16/2019 and confirmed on 03/25/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,084.90 |
| Less Refunds to Debtor | 7.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,077.74 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,985.85 | |
|   Trustee Fee | 5,765.97 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,751.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7416 | 12,702.79 | 12,702.79 | 0.00 | 12,702.79 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7416 | 2,411.93 | 2,411.93 | 0.00 | 2,411.93 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7416 | 0.00 | 38,093.40 | 0.00 | 38,093.40 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7416 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CLEARVIEW FCU**<br>    Acct: 9040 | 35,119.18 | 35,119.18 | 6,939.23 | 42,058.41 |
| | | | | 95,266.53 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NAZEER ELAHEE, II<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NAZEER ELAHEE, II<br>    Acct: | 7.16 | 7.16 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 1,900.75 | 1,900.75 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-20 | | | | |
| THE DEBT DOCTORS LLC | 1,585.10 | 1,585.10 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
| THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SENECA VALLEY SD & JACKSON TOWNSH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6623 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5783 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,574.09 | 309.88 | 0.00 | 309.88 |
| Acct: 4665 | | | | |
| SENECA VALLEY SD (FORWARD TWP) (O | 11.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| INTERNAL REVENUE SERVICE* | 33,605.85 | 6,615.70 | 0.00 | 6,615.70 |
| Acct: 4665 | | | | |
| FORWARD TOWNSHIP (LST) | 679.70 | 133.81 | 0.00 | 133.81 |
| Acct: 4665 | | | | |
| | | | | 7,059.39 |
| **Unsecured** | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0632 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2674 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8748 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7043 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1225 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2903 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6482 | | | | |
| LVNV FUNDING LLC | 87.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0178 | | | | |
| INTERNAL REVENUE SERVICE* | 16,395.55 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| UPMC HEALTH SERVICES | 7,063.20 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| UPMC PHYSICIAN SERVICES | 625.40 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1101 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1102 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1148 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1149 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1150 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1151 | | | | |

| 19-20205 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1152 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 305.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4167 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 102,325.92 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 35,870.64 | |
| SECURED | 50,233.90 | |
| UNSECURED | 24.877.36 | |

Date: 06/09/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com